UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTI CLARK,

                Plaintiff,

-against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/18/2024___

24 Civ. 2790 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On April 16, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by June 17, 2024. ECF No. 3. Those submissions are now overdue.

Accordingly, by **July 15, 2024**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 18, 2024
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge