UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTI CLARK,

               Plaintiff,

     -against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/16/2024

24 Civ. 2790 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

     On April 16, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by June 17, 2024.  ECF No. 3.  No submissions were received.  On June 18, 2024, the Court directed the parties to file their joint letter and proposed case management plan by July 15, 2024.  ECF No. 6.  Those submissions are now overdue, and Defendant has yet to appear in this action.

     Accordingly, by **August 12, 2024**, the parties shall submit their joint letter and proposed case management plan.  If Defendant has not appeared by that date, Plaintiff shall file a letter indicating her intentions with respect to the prosecution of this action.

     SO ORDERED.

Dated: July 16, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge