```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/8/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHRISTI CLARK,

                Plaintiff,

-against-

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                Defendant.

24 Civ. 2790 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On April 16, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by June 17, 2024. ECF No. 3. Having received no submissions from the parties, on June 18 and July 16, 2024, the Court extended the parties' deadline to submit their joint letter and proposed case management plan. ECF Nos. 6, 7.

      Although the parties have now submitted a proposed case management plan, ECF No. 11, they have not filed a joint letter in compliance with the Court's initial pretrial scheduling order. *See* ECF No. 3 at 2. The Court cannot evaluate the proposed case management plan without a joint letter containing the requisite information. Additionally, the parties request four months for expert discovery without explaining what exceptional circumstances necessitate an expert discovery period longer than forty-five days.

      Accordingly, by **August 16, 2024**, the parties shall submit their joint letter and resubmit their proposed case management plan in accordance with the Court's order at ECF No. 3.

      SO ORDERED.

Dated: August 8, 2024
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge