USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/19/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHRISTI CLARK,

                Plaintiff,

-against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

                Defendant.

24 Civ. 2790 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 7, 2024, the parties submitted their joint letter and proposed case management plan. ECF No. 11. However, their letter did not comply with the Court's pretrial scheduling order. *See* ECF 11-1; ECF No. 3 at 2. Thus, the Court directed the parties to file, by August 16, 2024, a joint letter and proposed case management plan in accordance with the Court's order. *See* ECF No. 12. Those submissions are now overdue.

    Accordingly, by **September 4, 2024**, the parties shall file their joint letter and proposed case management plan. Plaintiff is advised that failure to comply with the Court's orders may result in dismissal for failure to prosecute.

    SO ORDERED.

Dated: August 19, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge