UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTI CLARK,

          Plaintiff,

-against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2025

24 Civ. 2790 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated December 28, 2024, the Court referred this matter to the Honorable Katharine H. Parker for general pretrial management. ECF No. 24. Accordingly, the case management conference scheduled before the undersigned for April 7, 2025, *see* ECF No. 21, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: April 1, 2025
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge