**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CHRISTI CLARK,

                              Plaintiff,                      **24-cv-02790-AT-KHP**

        -against-                                    <u>**POST-CONFERENCE ORDER**</u>

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

                              Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        As discussed at the Case Management Conference on May 8, 2025, Plaintiff's request for discovery in connection with ECF No. 43 were **denied** for the reasons stated on the record. Furthermore, Defendant's request for revised HIPAA authorizations was **granted in part** to the extent of seeking limited medical records of the Plaintiff (as stated on the record) dating back to 2015, and otherwise **denied**. Furthermore, the Court sets the following schedule for briefing summary judgment:

- Defendant shall file its motion for summary judgment by **June 20, 2025**.

- Plaintiff shall file her opposition and cross-motion for summary judgment by **July 11, 2025**.

- Defendant shall file its opposition to the cross-motion and reply in support of its own motion by **August 8, 2025**.

- Plaintiff shall file her reply in support of her cross-motion by **September 5, 2025**.

Expert discovery deadlines are adjourned. Expert discovery shall take place in the 90 days following a ruling on the motions for summary judgment, as appropriate. Affirmative expert reports due 45 days after such ruling; rebuttal reports due 30 days thereafter.

**SO ORDERED.**

DATED:   New York, New York
         May 8, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge