UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTI CLARK,

                Plaintiff,

-against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2025
```

24 Civ. 2790 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated May 8, 2025, the Honorable Katharine H. Parker set a briefing schedule for the parties' cross-motions for summary judgment. ECF No. 50; *see also* ECF No. 24 (order of reference). Pursuant to Judge Parker's order, Defendant, The Port Authority of New York and New Jersey (the "Port Authority"), filed its motion for summary judgment and supporting materials on June 20. ECF Nos. 51–54.

    In response to a telephone inquiry, the Court clarifies as follows: A total of two Rule 56.1 statements shall be filed in connection with the parties' cross-motions. Each shall include a concise statement, in numbered paragraphs, of the material facts as to which the moving party contends there is no genuine issue to be tried. One Rule 56.1 statement shall be filed by the Port Authority in support of its motion for summary judgment, and it shall include Plaintiff Christi Clark's responses directly beneath each numbered paragraph. The second statement shall be filed by Clark in support of her motion for summary judgment, and it shall include the Port Authority's responses directly beneath each numbered paragraph.

    Each statement by the movant or opponent, including any statement denying or controverting any statement of material fact, must be followed by citation to evidence that would be admissible as set forth and required by Federal Rule of Civil Procedure 56(c). Either party may add additional paragraphs at the end of their opponent's Rule 56.1 statement containing a separate, concise statement of additional material facts as to which it is contended that there exists a genuine issue to be tried; if so, the opponent's responses shall be included directly beneath each added paragraph.

    Accordingly, by **July 16, 2025**, the Port Authority shall refile a corrected Rule 56.1 statement.

    SO ORDERED.

Dated: July 10, 2025
       New York, New York

                                                  ANALISA TORRES
                                               United States District Judge