```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHRISTI CLARK,

                Plaintiff,

-against-

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                Defendant.

24 Civ. 2790 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated July 16, 2025. ECF Nos. 61–62. Additionally, the Court notes that, on July 11, 2025, Plaintiff, Christi Clark, filed a Rule 56.1 statement that did not include responses by Defendant, the Port Authority of New York and New Jersey (the "Port Authority"), in contravention of the Court's July 10 order. ECF Nos. 56, 60.

    Ordinarily, under the undersigned's Individual Practices in Civil Cases, the parties would have completed their Rule 56.1 statements and responses before any summary judgment motion were filed. Accordingly, by **July 28, 2025**, the Port Authority shall file its corrected Rule 56.1 statement containing Clark's responses, Clark's additional facts, and the Port Authority's responses to Clark's additional facts. Should the Port Authority wish to amend its memorandum of law or other materials submitted in support of its motion for summary judgment to account for Clark's responses and additional facts, it may seek leave to do so by **August 1**.

    By **July 28**, the Port Authority shall also provide Clark with its responses to each paragraph of her Rule 56.1 statement, as well as any additional facts the Port Authority seeks to add to the statement. By **August 8**, Clark shall file a corrected Rule 56.1 statement containing the Port Authority's responses, the Port Authority's additional facts, if any, and Clark's responses to any such additional facts. Should Clark wish to amend her memorandum of law or other materials submitted in support of her motion for summary judgment and in opposition to the Port Authority's motion in order to account for any changes to the Port Authority's materials filed in support of its motion and/or the Port Authority's responses or additional facts in her Rule 56.1 statement, she may seek leave to do so by **August 15**.

    Other than as provided in this Order, all briefing on the parties' cross-motions for summary judgment is stayed pending further order of the Court.

    SO ORDERED.

Dated: July 17, 2025
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge