UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTI CLARK,

                Plaintiff,

-against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/13/2025
```

24 Civ. 2790 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' cross-motions for summary judgment and supporting papers, including each parties' Rule 56.1 statement of material facts. *See* ECF Nos. 51–54, 57–59, 65, 77. The Court has also reviewed Plaintiff's letter requesting leave to file an amended memorandum of law in support of her motion for summary judgment. ECF No. 78. Accordingly:

1. By **September 4, 2025**, Plaintiff shall file her amended memorandum of law in support of her motion for summary judgment;

2. By **October 2, 2025**, the parties shall file their papers in opposition to summary judgment;

3. By **October 16, 2025**, the parties shall file reply papers, if any.

    SO ORDERED.

Dated: August 13, 2025
         New York, New York

                                            ANALISA TORRES
                                            United States District Judge