**PORT AUTHORITY NY NJ**
AIR LAND RAIL SEA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2025

September 30, 2025

**VIA ECF**
Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse, Courtroom 15D
500 Pearl Street
New York, New York 10007-1312

      Re:   **Christi Clark v. Port Authority of New York and New Jersey**
             **Civil No.: 1:24-cv-2790 (AT) (KHP)**

Dear Judge Torres:

This office represents defendant the Port Authority of New York and New Jersey in the above-referenced matter. Pursuant to the Court's Order dated August 13, 2025 (D.E. 80), the parties are required to file their papers in opposition to the pending summary judgment motions by October 2, 2025. Given that this date falls on a Jewish holiday, we are writing to request an extension of the deadline to file opposition papers to October 6, 2025. Plaintiff's counsel consents to this request with the understanding that plaintiff will be afforded the same extension.

We thank the Court for its courtesy.

---

GRANTED. The Court is also in receipt of Plaintiff's memorandum of law in opposition to Defendant's motion, *see* ECF No. 85. By **October 6, 2025,** Plaintiff may file an amended memorandum of law in opposition to Defendant's motion for summary judgment, ECF No. 51. By that **same date,** Defendant shall also file its memorandum of law in opposition to Plaintiff's motion for summary judgment.

SO ORDERED.

Dated: October 3, 2025
        New York, New York

                                                            ANALISA TORRES
                                                    United States District Judge