**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 CHRISTI CLARK,

                         Plaintiff,

          -against-                                       24 **CIVIL** 2790 (AT)

                                                  **JUDGMENT**

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                         Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Order dated March 26, 2026, the Court has GRANTED the Port Authority's
motion for summary judgment and DENIED Clark's motion. The Port Authority is entitled to
judgment in its favor on all claims, except for Clark's gender discrimination claim. Because
Clark has proceeded through fact discovery in this action before withdrawing her gender
discrimination claim, the Court has dismissed that claim with prejudice under Federal Rule of
Civil Procedure 41(a)(2); accordingly, the case is closed.

**Dated:** New York, New York

      March 26, 2026

                                            **TAMMI M. HELLWIG**

                                        _____

                                          **Clerk of Court**

                    **BY:**              K. mango

                                        _____

                                          **Deputy Clerk**